IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

07/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0412

No. DA 21-0412

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

THOMAS JOE ELLSWORTH,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 4, 2022, within which to prepare, file, and serve the State's response brief.

CH

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 27 2022